# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/24/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR NO. 03-00570

CASE NAME: USA vs. RICHARD A. THOUROT

ATTYS FOR PLA: Gabriel Colwell

ATTYS FOR DEFT: Matthew C. Winter

INTERPRETER:

JUDGE: Leslie E. Kobayashi         REPORTER: FTR-Courtroom 7

DATE: 1/24/2006                    TIME: 10:05-10:25

COURT ACTION:  EP: Sentencing to Count 1 of the Information - Defendant present in custody.

Presentence report adopted.  Allocution by Defendant waived.  Sentencing recommendations heard.

SENTENCE:

Imprisonment: 3 months
Fine: None
Restitution: None
Special Assessment: $25.00

Supervised Release: 1 year

Conditions of Supervised Release:

1)   That the defendant shall abide by the standard conditions of supervision.

2)   That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3)   That the defendant not possess illegal controlled substances (mandatory condition)

4) That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5) That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6) That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

7) That the defendant provide the Probation Office access to any requested financial information.

8) That the defendant serve 3 months community confinement in a community corrections center such as Mahoney Hale as arranged by the Probation Office. While serving the term of community confinement, the defendant may obtain employment and/or enroll in an educational program as approved and directed by the Probation Office.

9) That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

10) That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

11) That the defendant is prohibited from the possession and use of alcohol.

Defendant advised of his right to appeal the judgment. Count 2 Dismissed.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager