AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

Richard A. Thourot

(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 03-00570 (01)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST Richard A. Thourot and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 6 2007

at 9 o'clock and 45 min A M
SUE BEITIA, CLERK

RECEIVED
2007 APR -4 PM 1:05
U.S. MARSHALS SERVICE
HONOLULU, HI.

In violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer/Deputy Clerk | 04/04/07 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at NO BAIL          By: Kevin S. C. Chang, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at *Honolulu, HI.* | | |
| Date Received 4/4/07 | NAME AND TITLE OF ARRESTING OFFICER *Arthur Oh/DUSM* | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest 4/5/07 | | |