# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/10/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR03-00570 |
| CASE NAME: | USA v. Richard A. Thourot |
| ATTYS FOR PLA: | Gabriel Colwell |
| ATTYS FOR DEFT: | Alexander Silvert for Matthew Winter |
| PROBATION OFFICER: | Lisa Jicha |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 4/10/2007 | TIME: | 9:32-9:37:08am |

COURT ACTION:  EP: Order to Show Cause Why Supervision Should Not Be Revoked - defendant present, in custody.

Defendant admits to all 3 violations.

Court will accept the defendants admission to the 3 violations.

Sentence -

Custody - 6 Months.

No Supervised Release.

Mittimus forthwith.

Defendant advised of his right to appeal.

Submitted by: Shari Afuso, Courtroom Manager