

AO 245D    (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 18 2007

at __8__ o'clock and __15__ min. __A__M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**RICHARD A. THOUROT**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number:  1:03CR00570-001<br>USM Number:  95138-022<br>Matthew C. Winter, AFPD<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of condition(s)  _Special Condition No. 1 and Standard Condition No. 7_  of the term of supervision.

[ ]  was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.:  **5169** | April 10, 2007<br>Date of Imposition of Sentence |
| Defendant's Residence Address:<br>**Honolulu 96826** | _/s/_<br>Signature of Judicial Officer |
| Defendant's Mailing Address:<br>**Honolulu 96826** | **KEVIN S. C. CHANG**, United States Magistrate Judge<br>Name & Title of Judicial Officer |
| | APR 17 2007<br>Date |

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| | | Judgment - Page 2 of 3 |
|---|---|---|
| CASE NUMBER: | 1:03CR00570-001 | |
| DEFENDANT: | RICHARD A. THOUROT | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | The offender submitted urine specimens as part of his substance abuse treatment regime, and the specimens were confirmed positive for cocaine | 2/7/2007 and 3/13/2007 |
| 2 | The offender refused to comply with drug testing that was part of his substance abuse treatment regimen | 3/26/2007 |
| 3 | The offender admitted that he used cocaine | 3/23/2007 |

AO 245B    (Rev. 6/05) Judgment in a Criminal Case
           Sheet 2 - Imprisonment

CASE NUMBER:      1:03CR00570-001                                    Judgment - Page 3 of 3
DEFENDANT:        RICHARD A. THOUROT

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 6 MONTHS

[ ]    The court makes the following recommendations to the Bureau of Prisons:

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

       Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                                                    UNITED STATES MARSHAL

                                            By      _____
                                                    Deputy U.S. Marshal