AO 245B   (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: | 1:03CR00570-001 |
| DEFENDANT: | RICHARD A. THOUROT |

Judgment - Page 3 of 3

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 6 MONTHS

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
  [ ] at ___ on ___.
  [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  [ ] before _ on ___.
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

Defendant delivered on __1 MAY 2007__ to FEDERAL DETENTION CENTER
P.O. BOX 30547
HONOLULU, HI 96820

at _____, with a certified copy of this judgment.

*John T. Rathman*
~~UNITED STATES MARSHAL~~
WARDEN

By *J. Lenen*
~~Deputy U.S. Marshal~~
Legal Tech

*FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII*
*MAY 14 2007*
*at __ o'clock and __ min __ M*
*SUE BEITIA, CLERK*